UNITED STATES of America, Plaintiff–Appellee,

v.

Jon Albert MORENO, a.k.a. Jon A. Moreno, Defendant–Appellant.

No. 09–10478.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 24, 2011.

Randall M. Howe, Esquire, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tara Kristine Hoveland, Bigfork, MT, for Defendant–Appellant.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

MEMORANDUM **

Jon Albert Moreno appeals from the district court's order revoking his supervised release and from the seven-month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Moreno's counsel has filed a brief stating there are no grounds for relief, along with a

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.